In the Matter of RUSSELL H. KRUPPENBACHER against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents. HERBERT A. O'BRIEN, Appellant.

(Argued October 25, 1933; decided October 27, 1933.)

*Edward J. Ledogar* for appellant.
*William Rasquin* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.